689 A.2d 130

IN THE MATTER OF EDWARD J. GAFFNEY, JR., AN ATTORNEY AT LAW.

February 28, 1997.

594

## ORDER

The Disciplinary Review Board, on December 10, 1996, having filed a report with the Court concluding that **EDWARD J. GAFF-NEY, JR.,** of **NEWTON,** who was admitted to the bar of this State in 1989 and who has been suspended from the practice of law since March 10, 1994, should receive no additional discipline for the misconduct that is the subject of DRB 96–267, which includes failure to communicate with a client, in violation of *RPC* 1.4, failure to turn over a client's file, in violation of *RPC* 1.16(d), and failure to cooperate with the ethics authorities, in violation of *RPC* 8.1, said misconduct being similar to and having occurred during the same period of time as the misconduct that led to respondent's three-year suspension from the practice of law effective September 10, 1996, and good cause appearing;

It is ORDERED that no additional discipline of respondent be imposed for the misconduct that is the subject of DRB 96–267; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.